

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 08/03/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 835<br>Charleston, SC 29402 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE 2009 AUG 17 A 10: 46 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# Norton, David C

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Charleston school of Law | $24,780.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/-07/08 | Professor of Pathology at Medical University of South Carolina -Salary |
| 2. 07-12/08 | Forensic Pathologist at Fulton County Medical Examiner Office, in Atlanta GA - Salary |
| 3. 2008 | Self-employed Forensic Consultant |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | 05/03/08-05/05/08 | Washington, DC | Activity of prof.assoc | Expenses for travel, lodging & food. |
| 2. South Carolina Association for Justice | 08/07/08-08/09/08 | Hilton Head Island, SC | Activity of prof. assoc. | Expenses for travel, lodging & food |
| 3. SC Defense Trial Attorneys' Association | 11/13/08-11/16/08 | Amelia Island, SC | Activity of prof. assoc. | Expenses for travel, lodging & food. |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | J | T | | | | | |
| 3. Alcatel-Lucent ADR | | None | J | T | | | | | |
| 4. Alcoa Inc | A | Dividend | J | T | | | | | |
| 5. Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 6. Altria Group | A | Dividend | J | T | | | | | |
| 7. American Express Co | A | Dividend | J | T | | | | | |
| 8. American Intl Group Inc | A | Dividend | J | T | | | | | |
| 9. American Intl Group Inc | A | Dividend | J | T | | | | | |
| 10 Ameriprise Financial Inc | A | Dividend | J | T | | | | | |
| 11. Amgen Inc | | None | J | T | | | | | |
| 12. AT&T Inc | A | Dividend | J | T | | | | | |
| 13. AT&T Inc | A | Dividend | J | T | | | | | |
| 14. AT&T Inc | A | Dividend | J | T | | | | | |
| 15 Bank of America | C | Dividend | K | T | | | | | |
| 16. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 17. Berkshire Hathaway Inc CL B | | None | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BP PLC Spons ADR | C | Dividend | K | T | | | | | |
| 19. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 20. Capital World Growth & Income Fd CL A | A | Dividend | J | T | | | | | |
| 21. Capital World Growth & Income Fd CL A | B | Dividend | K | T | | | | | |
| 22. Capital World Growth & Income Fd CL A | A | Dividend | J | T | | | | | |
| 23. Chevron Corp | B | Dividend | K | T | | | | | |
| 24. Chevron Corp | A | Dividend | J | T | | | | | |
| 25. Chevron Corp | A | Dividend | K | T | | | | | |
| 26. Cisco Systems Inc | | None | J | T | | | | | |
| 27. Citadel Broadcasting Corp | | None | J | T | | | | | |
| 28. Citadel Broadcasting Corp | | None | J | T | | | | | |
| 29. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 30. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 31. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 32. Citigroup Inc | C | Dividend | K | T | | | | | |
| 33. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 34. Comcast Corp CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 36. CSX Corp | A | Dividend | K | T | | | | | |
| 37. Dell Inc | | None | J | T | | | | | |
| 38. Walt Disney Co | | None | J | T | | | | | |
| 39. Walt Disney Co | | None | J | T | | | | | |
| 40. Walt Disney Co | | None | J | T | | | | | |
| 41. Dover | | None | J | T | | | | | |
| 42. Dow Chemical | | None | J | T | | | | | |
| 43. Dow Chemical | A | None | J | T | | | | | |
| 44. E I Dupont Co | A | None | J | T | | | | | |
| 45. Eaton Vance Tax Free Fund CL A | A | Dividend | M | T | | | | | |
| 46. Eaton Vance Tax Free Fund CL B | A | Dividend | K | T | | | | | |
| 47. Electronic Data Systems Corp New | A | Dividend | | | Sold | 08/26 | J | A | |
| 48. Eli Lilly & Co | B | Dividend | K | T | | | | | |
| 49. Eli Lilly & Co | A | Distribution | J | T | | | | | |
| 50. Emerson Electric Co | | None | K | T | | | | | |
| 51. Expedia Inc | | None | J | T | | | | | |

| 1. Income Gain Codes· | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 53. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 54. Fairpoint Communications Inc | | None | J | T | Spinoff (from line 138) | | | | |
| 55. Fairpoint Communications Inc | | None | J | T | Spinoff (from line 139) | | | | |
| 56. Federal Home Loan Mortgage Corp | A | Dividend | J | T | | | | | |
| 57. Federal National Mortgage Assn | A | Dividend | J | T | | | | | |
| 58. First Federal of Charleston | C | Interest | O | T | | | | | |
| 59. First Financial Holdings Inc | | None | N | T | | | | | |
| 60. First Financial Holdings Inc | | None | L | T | | | | | |
| 61. Genetech Inc | | None | K | T | | | | | |
| 62. General Electric Co | B | Dividend | K | T | | | | | |
| 63. General Electric Co | A | Dividend | J | T | | | | | |
| 64. General Electric Co | C | Dividend | K | T | | | | | |
| 65. General Motors Corp | A | Dividend | J | T | | | | | |
| 66. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 67. Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 68. Growth Fund of America CL A | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Guided Therapuetics Inc | | None | K | T | | | | | |
| 70. Hartford Financial Services Group | A | Dividend | J | T | | | | | |
| 71. Hartford Capital Appreciation Fund (IRA) | A | Dividend | M | T | | | | | |
| 72. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 73. Home Depot Inc | A | Dividend | J | T | | | | | |
| 74. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 75. HSN Inc | | None | J | T | Spinoff (from line 76) | | | | |
| 76. IAC/Interactive Corp | | None | J | T | | | | | |
| 77. IBM | B | Dividend | L | T | | | | | |
| 78. Idearc Inc | A | Dividend | J | T | | | | | |
| 79. Idearc Inc | A | Dividend | J | T | | | | | |
| 80. Intel (IRA) | A | Dividend | K | T | | | | | |
| 81. Intel | A | Dividend | J | T | | | | | |
| 82. Interval Leisure Group Inc | | None | J | T | Spinoff (from line 76) | | | | |
| 83. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 84. Kimberly Clark | A | Dividend | J | T | | | | | |
| 85. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes· (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Legg Mason Partners Aggressive Growth F D CL C | | None | J | T | | | | | |
| 87. Legg Mason Value Trust | | None | K | T | | | | | |
| 88. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 89. Lincoln National Life Annuity (IRA) | A | Dividend | N | T | | | | | |
| 90 LSI Logic Corp | | None | J | T | | | | | |
| 91. MFS South Carolina Muni Bond CL A | A | Interest | J | T | | | | | |
| 92. MFS South Carolina Muni Bond CL B | A | Interest | J | T | | | | | |
| 93. Mass Mutual Life Ins | | None | J | T | | | | | |
| 94. McDonalds Corp | A | Dividend | K | T | | | | | |
| 95. Merrill Lynch & Co Inc | A | Dividend | J | T | | | | | |
| 96. Metlife Ins Co of Connecticut Vintage | A | Dividend | L | T | | | | | |
| 97. Metlife Life & Ann Co of Conn TLAC Port Arch | A | Dividend | M | T | | | | | |
| 98. Metlife Life & Ann Co of Conn TLAC Marq uis Port | A | Dividend | M | T | | | | | |
| 99. Microsoft Corp | A | Dividend | J | T | | | | | |
| 100 JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 101. Motorola | A | Dividend | J | T | | | | | |
| 102 3M Company | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 PI =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NCR Corp New | | None | J | T | | | | | |
| 104. Neenah Paper Inc | A | Dividend | | | Sold | 04/08 | | A | |
| 105. Nokia Corp | A | Dividend | J | T | | | | | |
| 106. Norfolk Southern | B | Dividend | L | T | | | | | |
| 107. North Carolina Rental Property 100% | C | Rent | O | Q | | | | | |
| 108. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 109. Pepsico Inc | A | Dividend | J | T | | | | | |
| 110. Pfizer Inc | A | Dividend | J | T | | | | | |
| 111. Pfizer Inc | A | Dividend | J | T | | | | | |
| 112. Phillip Morris Intl Inc | | None | J | T | Spinoff (from line 6) | | | | |
| 113. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 114. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 115. Progress Energy | A | Dividend | J | T | | | | | |
| 116. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 117. Safeway Inc New | A | Dividend | J | T | | | | | |
| 118. SCANA Corp | B | Dividend | K | T | | | | | |
| 119. SCBT | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Scherling Plough Corp | A | Dividend | J | T | | | | | |
| 121.  Smucker Co New | A | Dividend | J | T | | | | | |
| 122.  South Carolina Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 123.  South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 124.  South Carolina ST Ser MB UT | A | Interest | J | T | | | | | |
| 125.  South Financial Group (IRA) | | None | K | T | | | | | |
| 126.  Suntrust Banks Inc | D | Dividend | L | T | | | | | |
| 127.  Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 128.  Teradata Corp | | None | J | T | | | | | |
| 129.  Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 130.  Ticketmaster Inc | | None | J | T | Spinoff (from line 76) | | | | |
| 131.  Time Warner Inc | A | Dividend | J | T | | | | | |
| 132.  Total Systems Services Inc | | None | J | T | Spinoff (from line 122) | | | | |
| 133.  Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 134.  Tree.Com Inc | | None | J | T | Spinoff (from line 76) | | | | |
| 135.  Trust #1 - Lain Farm | | | P1 | Q | | | | | |
| 136.  UTS First TR SPL Situations TR 1559 Dow Target 10 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Verizon | A | Dividend | J | T | | | | | |
| 138. Verizon | A | Dividend | J | T | | | | | |
| 139. Wachovia | B | Dividend | J | T | | | | | |
| 140. Wachovia (IRA) | B | Dividend | J | T | | | | | |
| 141. Washington Mutual Inc | A | Dividend | J | T | | | | | |
| 142. Washington Mutual Investors Fund CL A | B | Dividend | K | T | | | | | |
| 143. Washington Mutual Investors Fund CL A | B | Dividend | K | T | | | | | |
| 144. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 145. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 146. Wyeth | A | Dividend | J | T | | | | | |
| 147. Wyeth | A | Dividend | J | T | | | | | |
| 148. Zimmer Holdings Inc | | None | J | T | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norton, David C. | 08/03/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanations for Part VII. Investments and Trusts.

1. Line 69, Guided Therapuetics Inc formerly named Spectrex.

2. Line 136, UTS First TR SPL Situations TR 1559 Target 10 JAN, formed by the rollover of UTS Strategic Ten Dow 07-D Portfolio and UTS Strategic Ten Dow 07-A Portfolio as listed on lines 133 & 134 on the 2007 Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/03/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~able statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILF~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Trust #1

▉▉▉▉▉ of Royal Dutch Shell

▉▉▉▉ of Lain Farrn

▉▉▉▉▉▉ of Allegheny Energy

▉▉▉▉ of Fairpoint Communication

▉▉▉▉ of Idearc Inc

▉▉▉▉ of Eli Lilly & Co

▉▉▉▉▉ of Pepco Holdings Inc

▉▉▉▉▉ of Royal Dutch Shell